B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Thomas J. McGovern
       CherylAnn McGovern
                                    Debtor(s)

Case No. _____
Chapter  7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __76.50__ Check one    ☐ With the filing of the petition, or
                            ■ On or before __2/29/12__

   $ __76.50__ on or before __3/21/12__

   $ __76.50__ on or before __4/11/12__

   $ __76.50__ on or before __5/02/12__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  February 8, 2012                    Signature  /s/ Thomas J. McGovern  X _____
                                                     Thomas J. McGovern
/s/ David L. Davitt                                  Debtor
Attorney for Debtor(s)
David L. Davitt 6206402
Schlueter Ecklund
4023 Charles St.
Rockford, IL 61108                        Signature  /s/ CherylAnn McGovern  X _____
815 229-5333                                         CherylAnn McGovern
Fax: 815-229-0733                                    Joint Debtor
ddavitt@rockriverlaw.com

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Thomas J. McGovern
        CherylAnn McGovern
                                    Debtor(s)

Case No. _____

Chapter   7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one   ☐ With the filing of the petition, or
                            ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

_____
*United States Bankruptcy Judge*